UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KILN UNDERWRITING LIMITED, INDIVIDUALLY AND AS THE AUTHORIZED REPRESENTATIVE OF CERTAIN UNDERWRITERS AND INSURERS AT LLOYD'S OF LONDON, SEVERALLY SUBSCRIBING TO POLICY NO. 901/LU0435398** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4350** |
| **JESUIT HIGH SCHOOL OF NEW ORLEANS** | **SECTION: "R" (4)** |

## ORDER

**IT IS ORDERED** that the **Ex Parte Motion For Expedited Hearing (R. Doc. 380)** filed by Plaintiff, Kiln Underwriting Limited, Individually and as the Authorized Representative of Certain Underwriters and Insurers at Lloyd's of London, Severally Subscribing to Policy No. 901/LU0435398 ("Kiln"), on its **Motion Requesting Discovery Status Conference (R. Doc. 379)** is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Kiln's **Motion Requesting Discovery Status Conference[1] (R. Doc. 379)** is hereby **DENIED**.

---

[1] The Court notes that Kiln neglected to attach a notice of hearing along with its **Request For Certification and Resolution of the Issues Raised During the Continuation and Supplemental Corporate Deposition of Waldorf & Associates on October 8, 2008 (R. Doc. 355)** to ensure proper resolution of the issues by the Court.

**IT IS FURTHER ORDERED** that Kiln notice its pending **Request For Certification and Resolution of the Issues Raised During the Continuation and Supplemental Corporate Deposition of Waldorf & Associates on October 8, 2008 (R. Doc. 355)** for hearing on **Wednesday, December 10, 2008.** Any opposition memoranda must be filed no later than **Tuesday, December 2, 2008.**

New Orleans, Louisiana, this 26th day of November 2008

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**